ASAHEL BURNHAM, Respondent, *v.* CHARLES WALKUP, Appellant.

(Submitted March 20, 1873; decided June term, 1873.)

DECIDED on authority of *Ross* v. *Mather* (51 N. Y., 108).

*Obed Edson & John Ganson* for the appellant.

*C. D. Murray* for the respondent.

LOTT, Ch. C., reads for reversal and new trial.
All concur.
Judgment reversed